UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ROSE M. ROUNDTREE, ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 4:15-CV-154- F** |
| ) | |
| NANCY A. BERRYHILL, Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court ADOPTS the findings and recommendations of the Magistrate Judge, Plaintiffs Motion for Judgment on the Pleadings [DE-15] is DENIED, Defendant's Motion for Judgment on the Pleadings [DE-17] is ALLOWED, and the Commissioner's final decision is AFFIRMED. The Clerk of Court is DIRECTED to close the case.

**This Judgment Filed and Entered on January 30, 2017, and Copies To:**

Angela R. Cinski (via CM/ECF Notice of Electronic Filing)
Lawrence Wittenberg (via CM/ECF Notice of Electronic Filing)
Gabriel R. Deadwyler (via CM/ECF Notice of Electronic Filing)

DATE                                                        JULIE A. RICHARDS, CLERK

January 30, 2017
                                                                    _____
                                                                    (By) Susan K. Edwards, Deputy Clerk